1  DARRELL MCDONALD
   FLORA MCDONALD
2  1269 Parkwood Drive
   Novato, California 94947
3  Telephone: (415) 298-5115
   Fax: (415) 895-5416
4  darrellmcdonald@hotmail.com
   In pro per
5

6
                    UNITED STATES DISTRICT COURT
7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   DARRELL MCDONALD,                 )  Case No: 
10 FLORA MCDONALD                    )
                                     )
11                                   )
              Plaintiffs,            )  Related Case No.: 3:09-cv-01365-MMC
12                                   )
       vs.                           )
13                                   )
   INDYMAC MORTGAGE SERVICES;        )
14 NDEX WEST, L.L.C.; ONEWEST        )  NOTICE OF MOTION AND MOTION
15 BANK, F.S.B.; DEUTSCHE BANK       )  TO ALLOW E-FILING BY PRO PER
   NATIONAL TRUST COMPANY;           )  PLAINTIFFS; [PROPOSED] ORDER
16 WELLS FARGO BANK, N.A.; ALL       )
17 PERSONS UNKNOWN, CLAIMING         )
   ANY LEGAL OR EQUITABLE            )
18 RIGHT, TITLE, ESTATE, LIEN, OR    )
19 INTEREST IN THE PROPERTY          )
   DESCRIBED IN THE COMPLAINT        )
20 ADVERSE TO PLAINTIFFS' TITLE      )
21 OR ANY CLOUD ON THAT TITLE        )
   and DOES 1 THROUGH 10,            )
22                                   )
23                                   )
              Defendants.            )
24                                   )
25                                   )
26                                   )
27 _____    )
28

                              - 1 -

NOTICE OF MOTION AND MOTION TO ALLOW E-FILING BY PRO PER PLAINTIFFS

RECEIVED
2012 SEP -4 P 1:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT: Plaintiffs hereby request an Order from the Court for permission to e-file and serve all pleadings and other documents as allowed and as may be proper in order to prosecute the above matter. Plaintiffs aver that they have appropriate computer equipment and internet capability and have subscribed to PACER.

DATED: September 4, 2012

*Darrell McDonald*
Darrell McDonald
Plaintiff in pro per

*Flora McDonald*
Flora McDonald
Plaintiff in pro per

## ORDER

Pursuant to the request of Plaintiffs, and good cause appearing, the Court hereby grants the request of Plaintiffs to participate in the Case Management Electronic Case Files (CM/ECF) program.

IT IS ORDERED.

DATED: September __25__, 2012

*Maxine M. Chesney*
UNITED STATES DISTRICT COURT JUDGE

-2-

NOTICE OF MOTION AND MOTION TO ALLOW E-FILING BY PRO PER PLAINTIFFS