DARRELL MCDONALD
FLORA MCDONALD
1269 Parkwood Drive
Novato, California 94947
Telephone: (415) 298-5115
Fax: (415) 895-5416
darrellmcdonald@hotmail.com
In pro per

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, FLORA MCDONALD<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC MORTGAGE SERVICES; NDEX WEST, L.L.C.; ONEWEST BANK, F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE and DOES 1 THROUGH 10,<br><br>Defendants. | Case No: 3:12-cv-04610-MMC<br><br>Related Case No.: 3:09-cv-01365-MMC<br><br>NOTICE OF PENDENCY OF ACTION<br><br>[CALIFORNIA CODE OF CIVIL PROCEDURE 405.21] |

**NOTICE IS HEREBY GIVEN** that Darrell McDonald and Flora McDonald have commenced the above-entitled action against all defendants. The action now pending affects title to and possession of the real property located at 1269 Parkwood

- 1 -
NOTICE OF PENDENCY OF ACTION

Drive, Novato, California 94947 (the "Property"). The Property is within the jurisdiction of this Court, and this Court is the proper court for trial of this action. The property is legally described as follows:

> Lot 65, as shown upon that certain map entitled, "Map of Lynwood Park, Unit Four and Re-Subd. of Lots 41 to 44, inclusive, Unit Two, in the County of Marin, California", filed for record May 19, 1955 in Volume 8 of Maps, at Page 60, Marin County Records. A.P. No. 152-142-19.

In relation to the property, this action seeks a declaration as to the competing rights and interests in the Property.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: October 6, 2012       *Darrell McDonald*          /S/
                              Plaintiff in pro per       Flora McDonald
                                                         Plaintiff in pro per

The Court hereby **APPROVES** Plaintiffs' notice of pendency of action. In so approving, the Court does not bar any Defendant from moving to expunge the lis pendens. The Court also notes, for the benefit of Plaintiffs (who are in pro se), that, although the Court is approving the lis pendens on an ex parte basis, California Code of Civil Procedure § 405.22 provides that a "claimant shall, *prior to recordation of the notice*, cause a copy of the notice to be mailed, by registered or certified mail, return receipt requested, to all known addresses of the parties to whom the real property claim is adverse and to all owners of record of the real property affected by the real property claim as shown by the latest county assessment roll." Cal. Code Civ. Proc. § 405.22 (emphasis added).

Dated: October 16, 2012

Maxine M. Chesney
United States District Court Judge