United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL MCDONALD, et al.,

          Plaintiffs,

   v.

INDYMAC MORTGAGE SERVICES, et al.,

          Defendants.
_____/

No. C 12-4610 MMC

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

Before the Court are three motions to dismiss plaintiffs' complaint, filed, respectively, by defendant NDeX West, LLC on October 23, 2012, defendant Wells Fargo Bank, N.A. on October 25, 2012, and defendants OneWest Bank, FSB and Deutsche Bank National Trust Company, jointly, on October 25, 2012.  Each of said motions is noticed for hearing on December 7, 2012, the date on which the Case Management Conference currently is scheduled.  The matters to be addressed at the Case Management Conference will, however, depend on the disposition of defendants' motions.

Accordingly, the Court hereby CONTINUES the Case Management Conference to February 8, 2013.

**IT IS SO ORDERED.**

Dated: October 26, 2012

MAXINE M. CHESNEY
United States District Judge