IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL McDONALD, et al.,

    Plaintiffs,

v.

INDYMAC MORTGAGE SERVICES, et al.,

    Defendants.

No. C 12-4610 MMC

**ORDER RE: IMPROPERLY FILED DOCUMENTS; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFFS**

On November 6 and November 7, 2012, plaintiffs filed, using the court's electronic filing system, their responses to defendants' motions to dismiss and various documents in support thereof. The documents, however, have not been filed properly. In particular, for each such document, the pages have been divided into groupings, with each such grouping being filed under a separate document number. (See, e.g., Doc. No. 27 (Opp. to NDeX West, LLC's Mot. to Dism., pp. 1-5); Doc. No. 28 (id., pp. 6-10).) A single document must be filed as a whole and as a single docket entry.

Accordingly, the Clerk of Court is hereby DIRECTED to record in the docket that Document Nos. 27-47 were filed erroneously. Plaintiffs are hereby DIRECTED to refile, no later than November 9, 2012, the documents initially filed as Document Nos. 27-47, and to do so in such a manner that no single document constitutes more than a single docket

//

entry. If plaintiffs properly refile the above-referenced documents, their responses will be deemed timely filed.

**IT IS SO ORDERED.**

Dated: November 8, 2012

_____
MAXINE M. CHESNEY
United States District Judge