**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL McDONALD, et al.,

    Plaintiffs,

  v.

INDYMAC MORTGAGE SERVICES, et al.,

    Defendants.
_____/

No. C 12-4610 MMC

**ORDER CONTINUING HEARING ON DEFENDANT NDEX WEST, LLC'S MOTION TO DISMISS**

Before the Court is defendant NDeX West, LLC's Motion to Dismiss Plaintiff's First Amended Complaint, filed November 29, 2012 and currently scheduled for hearing January 4, 2013. Also before the Court are two motions to dismiss, filed, respectively, by defendant Wells Fargo Bank, N.A. and jointly by defendants OneWest Bank, FSB and Deutsche Bank National Trust Company, which motions are noticed for hearing January 25, 2013 and raise, in part, issues similar to those raised by NDeX West, LLC.

Accordingly, in the interest of judicial economy, the Court hereby CONTINUES the hearing date for NDeX West, LLC's motion to January 25, 2013.

**IT IS SO ORDERED.**

Dated: December 5, 2012

MAXINE M. CHESNEY
United States District Judge