1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DARRELL MCDONALD, FLORA MCDONALD | Case No: 3:12cv-04610-MMC |
| Plaintiffs, | |
| vs. | |
| INDYMAC MORTGAGE SERVICES; NDEX WEST, L.L.C.; ONEWEST BANK, F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE and DOES 1 THROUGH 10, | [PROPOSED] ORDER GRANTING PLAINTIFF PERMISSION TO EXCEED PAGE LIMIT IN HIS OPPOSITION BRIEF; SETTING NEW PAGE LIMIT |
| Defendants. | DATE:   January 25, 2015<br>TIME:   9:00 a.m.<br>CTRM:  7-19th Floor |

- 1 -

1

2    The Court, having received, read, and considered Plaintiffs' request to exceed

3    the page limit in order to file one brief instead of three and good cause appearing

4    therefore,

5         IT IS HEREBY ORDERED ADJUDGED AND DECREED as follows:

                                            by filing a single opposition brief,
6    1.    Plaintiff may exceed the 25 page limit ~~to his opposition brief.~~

         which brief may be not exceed 35 pages in length;
7    2.    Alternatively, plaintiff may file three separate opposition briefs in accordance

8         with Civil Local Rule 7-4(b).

9

10   DATED:    December 11, 2012        By:   _Maxine M. Chesney_

                                        Hon. Maxine M. Chesney
11                                      United States Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -