IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL McDONALD, et al.,

    Plaintiffs,

v.

INDYMAC MORTGAGE SERVICES, et al.,

    Defendants.

No. C 12-4610 MMC

**ORDER VACATING JANUARY 25, 2013 HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

    Before the Court are motions to dismiss plaintiffs' First Amended Complaint, filed, respectively, by (1) defendant Wells Fargo Bank, N.A. on November 28, 2013; (2) NDeX West, LLC on November 29, 2012; and (3) OneWest Bank F.S.B. and Deutsche Bank National Trust Company on November 29, 2012.  Plaintiffs have filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and hereby VACATES the hearing scheduled for January 25, 2013.

    **IT IS SO ORDERED.**

Dated: January 23, 2013

                                      MAXINE M. CHESNEY
                                      United States District Judge