IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL MCDONALD, et al.,

    Plaintiffs,

  v.

INDYMAC MORTGAGE SERVICES, et al.,

    Defendants.

No. C 12-4610 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is defendants OneWest Bank, FSB ("OneWest") and Deutsche Bank National Trust Company's ("Deutsche Bank") motion to appear by telephone at the February 8, 2013 Case Management Conference. In light of the three pending motions to dismiss, the initial Case Management Conference is hereby CONTINUED from February 8, 2013, to May 17, 2013. The parties shall file a Joint Case Management Statement by May 10, 2013. OneWest and Deutsche Bank's motion to appear telephonically at the February 8, 2013 Case Management Conference is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: February 1, 2013

MAXINE M. CHESNEY
United States District Judge