IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL MCDONALD, et al.,

        Plaintiffs,

  v.

INDYMAC MORTGAGE SERVICES, et al.,

        Defendants.
                                       /

No. C 12-4610 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     In light of the three pending motions to dismiss, the initial Case Management Conference is hereby CONTINUED from May 17, 2013 to August 23, 2013. NDeX, OneWest and Deutsche Bank's motions to appear by telephone at the May 17, 2013 Case Management Conference are hereby DENIED as moot.

     **IT IS SO ORDERED.**

Dated: May 10, 2013

                                                   MAXINE M. CHESNEY
                                                 United States District Judge