IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, et al.,<br><br>    Plaintiffs,<br>  v.<br>INDYMAC MORTGAGE SERVICES, et al.,<br><br>    Defendants. | No. C 12-4610 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE MOTION FOR RECONSIDERATION; SETTING BRIEFING SCHEDULE** |

    Before the Court is plaintiffs' "Motion for Relief from Judgement, Order, or Proceeding," filed May 29, 2013, which the Court construes as a motion for leave to file a motion for reconsideration of the Court's order of May 22, 2013, for purposes of allowing plaintiffs to amend their Twenty-Fourth Cause of Action in their Second Amended Complaint. The Court hereby GRANTS the motion for leave to file the motion for reconsideration.

    Further, since all of plaintiffs' arguments in support of their request to amend are contained therein, the Court construes said filing as their motion for reconsideration.

    Any opposition to said motion for reconsideration shall be filed no later than June 12, 2013. Any reply thereto shall be filed no later than June 19, 2013, on which date, unless otherwise ordered, the matter will stand submitted.

    In light of the above, the deadline for plaintiffs to file their Second Amended Complaint is hereby EXTENDED to July 19, 2013.

    **IT IS SO ORDERED.**

Dated: May 29, 2013

                                        MAXINE M. CHESNEY<br>                                        United States District Judge