IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, et al., | No. C 12-4610 MMC |
| Plaintiffs, <br> v. | **ORDER EXTENDING DEADLINE TO FILE SECOND AMENDED COMPLAINT** |
| INDYMAC MORTGAGE SERVICES, et al., | |
| Defendants. / | |

In light of the Court's order granting plaintiffs' motion for reconsideration (see Order filed July 11, 2013), the deadline for plaintiffs to file their Second Amended Complaint is extended to July 26, 2013.

**IT IS SO ORDERED.**

Dated: July 11, 2013

MAXINE M. CHESNEY
United States District Judge