IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, et al.,<br><br>   Plaintiffs,<br>v.<br><br>INDYMAC MORTGAGE SERVICES, et al.,<br><br>   Defendants. | No. C 12-4610 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANT WELLS FARGO'S MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT ONEWEST AND DEUTSCHE BANK'S MOTION TO APPEAR TELEPHONICALLY** |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") motion to dismiss plaintiff's second amended complaint, filed August 2, 2013, and currently scheduled for hearing September 6, 2013. Also before the Court is a motion to dismiss, filed jointly by defendants OneWest Bank, FSB ("OneWest") and Deutsche Bank National Trust Company ("Deutsche Bank"), which motion is noticed for hearing September 20, 2013, and raises, in part, issues similar to those raised by Wells Fargo.

Accordingly, in the interest of judicial economy, the Court hereby CONTINUES the hearing date for Wells Fargo's motion to September 20, 2013.

In light of the two pending motions to dismiss, the Case Management Conference currently scheduled for August 23, 2013, is hereby CONTINUED to November 15, 2013. The parties shall file a Joint Case Management Statement by November 8, 2013. OneWest and Deutsche Bank's motion to appear telephonically at the August 23, 2013 Case Management Conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 16, 2013

_____
MAXINE M. CHESNEY
United States District Judge