|   |   |   |
|---|---|---|
| 1 | EDWARD A. TREDER | |
| 2 | State Bar No. 116307 | |
|   | DARLENE P. HERNANDEZ | |
| 3 | State Bar No. 203050 | |
| 4 | BARRETT DAFFIN FRAPPIER | |
|   | TREDER & WEISS, LLP | |
| 5 | 20955 Pathfinder Road, Suite 300 | |
| 6 | Diamond Bar, California 91765 | |
|   | (626) 915-5714 – Phone | |
| 7 | (626) 915-0289 – Fax | |
| 8 | edwardt@bdfgroup.com | |
|   | darlenep@bdfgroup.com | |
| 9 | File No. 20090159901117 | |

Attorneys for Defendant NDeX WEST, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| DARRELL MCDONALD, FLORA MCDONALD | CASE NO.: 3:12-cv-04610-MMC |
|---|---|
| Plaintiff, | Related Case No.: 3:09-cv-01365-MMC |
| vs. | *Assigned to the Honorable Maxine M. Chesney, Courtroom 7 – 19th Floor* |
| INDYMAC MORTGAGE SERVICES; NDEX WEST, L.L.C.; ONEWEST BANK, F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT TITLE ESTATE LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE and DOES 1 THROUGH 10, | ORDER DENYING AS MOOT **MOTION FOR TELEPHONIC APPEARANCE AT HEARING ON DEFENDANT ONEWEST BANK, FSB'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> DATE: September 20, 2013 <br> TIME: 9:00 a.m. <br> CTRM: 7 – 19th Floor |
| Defendants. | |

Pursuant to Local Rule 16-10(a), counsel for Defendant NDeX West, LLC ("NDeX") hereby requests permission to participate in the hearing on Defendant OneWest Bank, FSB's Motion to Dismiss the Second Amended Complaint by telephone. The case management conference is presently scheduled for September 20, 2013 at 9:00 a.m., in Courtroom 7 before the Honorable Maxine M. Chesney.

This request is based upon the fact that the office of lead trial counsel for NDeX is located in Diamond Bar, California in Los Angeles County, and counsel is on medical leave until September 24, 2013.

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

Dated: September 17, 2013

By: /s/ Darlene P. Hernandez
DARLENE P. HERNANDEZ
Attorneys for Defendant
NDeX WEST, LLC

Dated: September 18, 2013



\* Denied as moot in light of the Court's September 17, 2013 order vacating the hearing.