1 | ANDREW E. MILLER (BAR NO. 213504)
  | SARINA SALUJA (BAR NO. 253781)
2 | ALLEN MATKINS LECK GAMBLE
  |   MALLORY & NATSIS LLP
3 | 515 South Figueroa Street, Ninth Floor
  | Los Angeles, California 90071-3309
4 | Phone:  (213) 622-5555
  | Fax:  (213) 620-8816
5 | E-Mail:  amiller@allenmatkins.com
  |          ssaluja@allenmatkins.com
6 |
  | Attorneys for Defendants
7 | OneWest Bank, FSB (erroneously also sued as IndyMac
  | Mortgage Services) and Deutsche Bank National Trust
8 | Company, as Trustee

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 |

| | |
|---|---|
| 12  DARRELL MCDONALD, FLORA MCDONALD, | Case No. 3:12-cv-04610-MMC |
| 13 | ORDER DENYING AS MOOT MOTION TO APPEAR BY TELEPHONE ON MOTION TO DISMISS THE SECOND AMENDED COMPLAINT |
| Plaintiffs, | |
| 14 | |
| v. | |
| 15 | Date:       September 20, 2013 |
| INDYMAC MORTGAGE SERVICES; NDEX | Time:       9:00 a.m. |
| 16  WEST, L.L.C.; ONEWEST BANK, F.S.B.; | Ctrm:       7 |
| DEUTSCHE BANK NATIONAL TRUST | Judge:      Maxine M. Chesney |
| 17  COMPANY; WELLS FARGO BANK, N.A.; | |
| ALL PERSONS KNOWN, CLAIMING ANY | Complaint Filed:   September 4, 2012 |
| 18  LEGAL OR EQUITABLE RIGHT, TITLE, | |
| ESTATE, LIEN, OR INTEREST IN THE | |
| 19  PROPERTY DESCRIBED IN THE | |
| COMPLAINT ADVERSE TO PLAINTIFFS' | |
| 20  TITLE OR ANY CLOUD ON THAT TITLE | |
| and DOES 1 THROUGH 10, | |
| 21 | |
| Defendants. | |
| 22 | |

23 |

24 |       Pursuant to Local Rule 16-10(a), counsel for Defendants OneWest Bank, FSB

25 | ("OneWest") and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX

26 | Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-Through Certificates, Series 2005-AR16IP

27 | Under the Pooling and Servicing Agreement Dated July 1, 2005 ("Deutsche Bank") hereby

28 | requests permission to participate in the hearing on motion to dismiss second amended complaint

1   by telephone.  The hearing is scheduled for September 20, 2013 at 9:00 a.m., in Courtroom 7

2   before the Honorable Maxine M. Chesney.

3        This request is based upon the fact that the office of lead trial counsel for OneWest and

4   Deutsche Bank is located in Los Angeles, California.

5

6   Dated:  September 11, 2013              ALLEN MATKINS LECK GAMBLE
                                 MALLORY & NATSIS LLP

7                                 ANDREW E. MILLER
                                SARINA SALUJA

8

9                            By:  /s/ Sarina Saluja

10                                 Sarina Saluja
                                Attorneys for Defendants

11                                 OneWest Bank, FSB (erroneously also sued
                                as IndyMac Mortgage Services) and

12                                 Deutsche Bank National Trust Company, as
                                Trustee

13

14

15

16   Dated: September 19, 2013

17

18

19

20

21

22

23

24                               * Denied as moot in light of the Court's September 17,

25                               2013 order vacating the hearing.

26

27

28

UNITED STATES DISTRICT COURT

DENIED *

Judge Maxine M. Chesney

NORTHERN DISTRICT OF CALIFORNIA