IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL MCDONALD and FLORA MCDONALD,

    Plaintiffs,

  v.

INDYMAC MORTGAGE SERVICES, et al.,

    Defendants.

No. C 12-4610 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT DEFENDANTS' MOTIONS TO APPEAR TELEPHONICALLY**

    In light of the pending motion to dismiss, the Case Management Conference currently set for November 15, 2013, is hereby CONTINUED to January 24, 2014. The parties shall file a Joint Case Management Statement by January 17, 2014. Defendants' respective motions to appear telephonically at the November 15, 2013 Case Management Conference are hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: November 4, 2013

                                                      MAXINE M. CHESNEY
                                                     United States District Judge