UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, FLORA MCDONALD,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC MORTGAGE SERVICES; NDEX WEST, L.L.C.; ONEWEST BANK, F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 3:12-cv-04610-MMC<br><br>[PROPOSED] ORDER GRANTING TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE FOR COUNSEL FOR ONEWEST BANK, FSB AND DEUTSCHE BANK ; DIRECTIONS TO PARTIES<br><br><br>Date:   January 24, 2014<br>Time:  10:30 a.m.<br>Ctrm:  7<br>Judge: Hon. Maxine M. Chesney<br><br>Complaint Filed:   September 4, 2012 |

## [PROPOSED] ORDER

Defendants OneWest Bank, FSB ("OneWest") (erroneously also sued as IndyMac Mortgage Services, which is a division of OneWest) ("OneWest") and Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR161P, Mortgage Pass-Through Certificates, Series 2005-AR161P Under the Pooling and Servicing Agreement

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

980735.01/LA

[Proposed] Order- CV-04610

1  Dated July 1, 2005 ("Deutsche Bank") (collectively "Defendants") request to participate in the
2  hearing on case management conference by telephone is GRANTED., and all parties are hereby
3  DIRECTED to appear telephonically at the January 24, 2014 Case Management Conference.

7  Dated: January 17, 2014

                                     Hon. Maxine M. Chesney
                                     Judge, United States District Court

11  Submitted by:

12  ALLEN MATKINS LECK GAMBLE
13  MALLORY & NATSIS LLP

14  By: /s/ Sarina Saluja
15       Sarina Saluja
     Attorneys for OneWest Bank, FSB and
16       Deutsche Bank National Trust Company, as Trustee