# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD, FLORA MCDONALD<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC MORTGAGE SERVICES; NDEX WEST, L.L.C.; ONEWEST BANK, F.S.B.; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT TITLE ESTATE LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 3:12-cv-04610-MMC<br>Related Case No.: 3:09-cv-01365-MMC<br><br>*Assigned to the Honorable Maxine M. Chesney, Courtroom 7 – 19th Floor*<br><br>**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**; DIRECTIONS TO PARTIES<br><br>DATE: January 24, 2014<br>TIME: 10:30 a.m.<br>CTRM: 7 – 19th Floor |

## [PROPOSED] ORDER

Defendant NDeX WEST, LLC ("NDeX")'s request to participate in the case management conference by telephone on January 24, 2014 is granted., and all parties are hereby DIRECTED to appear telephonically at the January 24, 2014 Case Management Conference.

Dated: January 17, 2014

_____
Hon. Maxine M. Chesney
United States District Court Judge

Submitted by:

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

By: */s/ Darlene P. Hernandez*
    Darlene P. Hernandez
    Attorneys for Defendant NDeX West, LLC