1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

DARRELL MCDONALD, FLORA
MCDONALD,

Case No.: 3:12-CV-04610-MMC

12

Plaintiffs,

**JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND
TIME TO RESPOND** AND TO CONTINUE
CASE MANAGEMENT CONFERENCE

13

v.

14

INDYMAC MORTGAGE SERVICES;
NDEX WEST, L.L.C; ONEWEST BANK,
FSB; DEUTSCHE BANK NATIONAL
TRUST, AS TRUSTEE OF THE
INDYMAC INDX MORTGAGE LOAN
TRUST 2005-AR16IP UNDER THE
POOLING AND SERVICING
AGREEMENT DATED JULY 1, 2005; and
DOES 1 THROUGH 10,

Date Action Filed: September 4, 2012
Trial Date:          Not Assigned

15

16

17

18

19

Defendants.

20

21

22

23

24

25

26

27

28

180933.1

**STIPULATION TO EXTEND TIME TO RESPOND**

1    Plaintiffs Darrell McDonald and Flora McDonald ("Plaintiffs") and Defendants OneWest

2  Bank, FSB, Deutsche Bank National Trust Company, as Trustee, and NDeX West, LLC

3  (collectively "Defendants") hereby stipulate and agree to the following, subject to the Court's

4  approval:

5                                    **RECITALS**

6    1.    WHEREAS, Defendants time to respond to the First Amended Complaint is

7  currently January 27, 2014;

8    2.    WHEREAS, new counsel for Defendants OneWest Bank, FSB and Deutsche Bank

9  National Trust Company, as Trustee, will be substituted once said defendants execute the

10 substitution of attorney;

11   3.    WHEREAS, a case status conference is currently scheduled for March 7, 2014; and

12   4.    WHEREAS, the Parties wish to extend Defendants' time to respond to the First

13 Amended Complaint and also continue the case status conference.

14                                 **STIPULATION**

15   It is hereby agreed to and stipulated as follows, subject to the Court's approval:

16   1.    Defendants' time to respond to the First Amended Complaint shall be extended

17 until February 28, 2014; and

18   2.    The case status conference shall be continued until April 11, 2014, or anytime

19 thereafter that the Court deems proper; and

20   3.    This stipulation shall not be deemed a waiver of any rights, remedies, or defenses

21 that any party may later raise in this instant action.

22

23

24

25

26

27

28

1

Date: 1/28/14                                    /s/ Sarina Saluja
2                                                Sarina Saluja
                                                 Attorney for Defendants
3                                                ONEWEST BANK, FSB and DEUTSCHE
                                                 BANK NATIONAL TRUST COMPANY, as
4                                                Trustee

5

6   Date: 1/27/14                                /s/ Darlene Hernandez
                                                 Darlene Hernandez
7                                                Attorney for Defendant
                                                 NDeX West, LLC
8

9
    Date: 1/27/14                                Darrell McDonald
10                                               Darrell McDonald
                                                 Pro Se Plaintiff
11

12  Date: 1/27/14                                Flora McDonald
                                                 Flora McDonald
13                                               Pro Se Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND

180933.1

1                               **~~PROPOSED~~ ORDER**

2       The Court, having read the stipulation between the Parties, hereby orders:

3       1.       Defendants' time to respond to the First Amended Complaint shall be extended

4 until February 28, 2014; and

5       2.       The case status conference shall be continued until April 11, 2014~~.~~, and the parties

6 shall file no later than April 4, 2014 a Joint Case Management Statement.

7 January 29, 2014\
Date                                       United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

180933.1