IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD and FLORA MCDONALD,<br><br>　　　　　Plaintiffs,<br>　v.<br>INDYMAC MORTGAGE SERVICES, et al.,<br><br>　　　　　Defendants.　　　　　　　　／ | No. C 12-4610 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT DEFENDANT NDEX WEST, LLC'S MOTION TO APPEAR TELEPHONICALLY** |

　　　In light of the pending motion to dismiss, the Case Management Conference currently set for May 30, 2014, is hereby CONTINUED to July 18, 2014. The parties shall file a Joint Case Management Statement by July 11, 2014.

　　　In light of the continuance, defendant NDeX West, LLC's motion to appear telephonically at the May 30, 2014 Case Management Conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 27, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge