IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MCDONALD; FLORA MCDONALD,<br><br>  Plaintiffs,<br><br>  v.<br><br>INDYMAC MORTGAGE SERVICES, et al.,<br><br>  Defendants.<br>_____ / | No. C 12-4610 MMC<br><br>**ORDER GRANTING NDEX WEST, LLC'S MOTION FOR TELEPHONIC APPEARANCE; REQUIRING PERSONAL APPEARANCE BY PLAINTIFFS AND DEFENDANTS ONEWEST BANK, FSB AND DEUTSCHE BANK NATIONAL TRUST COMPANY** |

    Before the Court is the Motion for Telephonic Appearance at Case Management Conference filed July 11, 2014 by Barrett Daffin Frappier Treder & Weiss, LLP on behalf of defendant NdeX West, LLC. Given the location of said counsel's office and in light of the Court's recent order dismissing all claims alleged against said defendant, the motion is hereby GRANTED. Plaintiffs Darrell and Flora McDonald shall appear in person, as shall counsel for OneWest Bank, FSB and Deutsche Bank National Trust Company.

**IT IS SO ORDERED.**

Dated: July 11, 2014

                                                                          _____
MAXINE M. CHESNEY
United States District Judge