UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRELL McDONALD, FLORA McDONALD,<br><br>             Plaintiffs,<br><br>       vs.<br><br>INDYMAC MORTGAGE SERVICES; NDEX WEST, LLC; ONEWEST BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE; and DOES 1 THROUGH 10,<br><br>             Defendants. | Case No. 3:12-cv-04610-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>The Hon. Maxine M. Chesney<br><br>Action Filed:     September 4, 2012 |

55000.0470/2550327.1                                                                                           3:12-cv-04610-MMC

220230.1

1    Plaintiffs Darrell McDonald and Flora McDonald ("Plaintiffs") and Defendants OneWest
2 Bank, N.A., (formerly known as OneWest Bank, FSB and erroneously sued as IndyMac Mortgage
3 Services, which is a division of OneWest) ("OneWest"),  Deutsche Bank National Trust
4 Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-
5 Through Certificates, Series 2005-AR16IP Under the Pooling and Servicing Agreement Dated
6 July 1, 2005 ("Deutsche Bank"), and NDeX West, LLC ("NDeX") (collectively, "Defendants")
7 stipulate and agree as follows:

8    1.    Plaintiffs have been approved for a trial period plan concerning the subject loan
9 with payments required on October 1, 2014, November 1, 2014, and December 1, 2014. Plaintiffs
10 have already made their October 1st payment.

11    2.    The Parties believe that a loan modification will likely resolve this matter.

12    3.    The Parties therefore request that this matter be stayed until February 27, 2015.

13    4.    The Parties therefore request that the case status conference, scheduled for October
14 31, 2014, be continued until February 27, 2015, or anytime that the Court deems proper.

Date:  October 8, 2014                 By: /s/ Darrell McDonald
                                            Darrell McDonald
                                       Pro Se

Date:  October 8, 2014                 By: /s/ Flora McDonald
                                            Flora McDonald
                                       Pro Se

                                       **BRYAN CAVE, LLP**
Date:  October 8, 2014                 By: /s/ Dave Owens
                                            Dave Owens
                                       Attorney for Defendants
                                       OneWest Bank, NA and Deutsche Bank
                                       National Trust Company, as Trustee

220230.1

1
2  Date:   October 8, 2014
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
By: /s/ Darlene Hernandez
         Darlene Hernandez
Attorney for Defendant
 NDeX West, LLC

3

220230.1

**~~PROPOSED~~ ORDER**

The Court, having read the above stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. This matter shall be stayed until February 27, 2015.

2. Defendants' response to the Third Amended Complaint shall be due on March 6, 2015.

3. The case status conference, scheduled for October 31, 2014, is continued to February 27, 2015

IT IS SO ORDERED.

Date: October 10, 2014

_____
United States District Judge

4

220230.1