1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| DARRELL McDONALD, FLORA McDONALD,<br><br>          Plaintiffs,<br><br>     vs.<br><br>INDYMAC MORTGAGE SERVICES; NDEX WEST, LLC; ONEWEST BANK, FSB; DEUTSCHE BANK NATIONAL TRUST COMPANY; WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE; and DOES 1 THROUGH 10,<br><br>          Defendants. | Case No. 3:12-cv-04610-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION AGAINST DEFENDANTS WITH PREJUDICE**<br><br>The Hon. Maxine M. Chesney<br><br><br>Action Filed:      September 4, 2012 |

1        Plaintiffs Darrell McDonald and Flora McDonald ("Plaintiffs") and Defendants OneWest

2 Bank, N.A., (formerly known as OneWest Bank, FSB and erroneously sued as IndyMac Mortgage

3 Services, which is a division of OneWest) ("OneWest"),  Deutsche Bank National Trust

4 Company, as Trustee of the IndyMac INDX Mortgage Loan Trust 2005-AR16IP, Mortgage Pass-

5 Through Certificates, Series 2005-AR16IP Under the Pooling and Servicing Agreement Dated

6 July 1, 2005 ("Deutsche Bank"), and NDeX West, LLC ("NDeX") (collectively, "Defendants")

7 hereby stipulate and agree as follows:

8       1.     The Parties have resolved any disputes related to the above-referenced action;

9       2.     Plaintiffs therefore wish to dismiss this action against Defendants with prejudice;

10 and

11       3.     Each Party shall bear his, her, or its own attorneys' fees and costs related to this

12 action.

13

14

15 Date:  December 22, 2014           By: /s/ Darrell McDonald

16                                       Darrell McDonald
                              Pro Se

17

18 Date:   December 22, 2014          By: /s/ Flora McDonald

19                                       Flora McDonald
                              Pro Se

20                               **BRYAN CAVE, LLP**

21 Date:   December 22, 2014          By: /s/ Dave Owens

22                                 Dave Owens
                              Attorney for Defendants

23                                 OneWest Bank, NA and Deutsche Bank
                              National Trust Company, as Trustee

24

25

26

27

28

229915.2

2

1

2                                     **BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

3  Date:   December 22, 2014           By: /s/ Darlene Hernandez

                                         Darlene Hernandez

4                              Attorney for Defendant

5                              NDeX West, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

229915.2

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ~~PROPOSED~~ ORDER

The Court, having read the above stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.     This action shall be dismissed against Defendants with prejudice; and

2.     Each Party shall bear his, her, or its own attorneys' fees and costs related to the action.

Date:    January 5, 2015

United States District Judge

229915.2

4